**Order entered April 29, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00157-CV

**MICHAEL A. RUFF, Appellant**

**V.**

**SUZANN RUFF, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17273**

### ORDER

Before the Court are appellee's motion to expedite the appeal and appellant's response. We **DENY** the motion.

We note the reporter's record is overdue. As this is an accelerated appeal, we **ORDER** Lanetta J. Williams, Official Court Reporter for the 116th Judicial District Court, to file, no later than May 10, 2021, the record or written verification the reporter's record has not been requested or the fee has not been paid. *We caution appellant that the appeal may be submitted without the reporter's record*

*should the Court be informed the record was not requested or the fee not paid.  See*

TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms.

Williams and the parties.

/s/    KEN MOLBERG
       JUSTICE